**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| Katherine M. Sweeney | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-13965ELF |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated Order dated 6/21/19, this case is hereby DISMISSED.

**Date: July 9, 2019**

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

Chapter 7 Statement of Your Current Monthly Income Form 122A-1
Means Test Calculation Form 122A-2 - If Applicable -
Schedule C
Schedule D
Schedule E/F
Schedule G
Schedule H
Schedule I
Schedule J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)